

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Shondel Sundwall,                          * From the 244th District
                                             Court of Ector County,
                                             Trial Court No. C-38,920.

Vs. No. 11-12-00141-CR                     * March 14, 2014

The State of Texas,                        * Memorandum Opinion by Wright, C.J.
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.